FILED

2006 MAY 11  PM 6:44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CAROLINE P. AYRES <br> Debtor <br><br> Plaintiff, <br><br> v. <br><br> EASTERN SAVINGS BANK | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 05-20034 (JKF) <br> ) Chapter 13 <br> ) |

## NOTICE OF APPEAL

Caroline P. Ayres, the debtor, appeals under 28 U.S.C. Section 158(a)-(b) from the Order of the Bankruptcy Judge entered in this case granting, in part, and denying, in part, Eastern Savings Bank's Motion for Relief from Stay, on the 28th day of April, 2006.

The names of all the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

John R. Weaver, Esquire, Farr, Burke, Gambacorta, and Wright, 914 Walnut Street, P.O. Box 510, Wilmington, DE 19899, (320) 428-1077.

Caroline P. Ayres, Pro Se, 1 Gwynedd Lane, Hockessin, DE. 19707.

(302)981-5021.

Dated: May 11, 2006  _____
Caroline P. Ayres, Pro Se
1 Gwynedd Lane
Hockessin, DE 19707
(302) 981-5021

## CERTIFICATE OF SERVICE

I, Caroline P. Ayres, do hereby certify that I have caused to be delivered copies of the attached *appeal* on May 11, 2006 to the following person(s):

John R. Weaver, Jr., Esquire

831 N. Tatnall Street, Suite 201

Wilmington, DE 19899


Michael Joseph, Trustee

U.S. Bankruptcy Court

Wilmington, De 19801


Dated: May 11, 2006

_____
Caroline P. Ayres
1 Gwynedd Lane
Hockessin, DE 19707

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: | Case No. 05-20034 - JKF |
|---|---|
| CAROLINE P. AYRES aka Caroline P. Ayres-Brown aka Caroline P. Ayres-Fountain | Motion Numbers. 10, 28 and 65 |
| Debtor. | |

### MODIFICATION OF RELIEF FROM STAY ORDER

AT WILMINGTON, DELAWARE, IN SAID DISTRICT

THIS 27th DAY OF April, 2006

**THIS MATTER** having been opened to the Court on the Motion of Eastern Savings Bank by and through its attorney, John R. Weaver, Jr., Esquire, of the firm of Farr, Burke, Gambacorta & Wright, A Professional Corporation, for an Order Granting Relief from the Automatic Stay, said matter having been granted by Order of Relief entered January 18, 2006, and debtor having filed a Motion for Reconsideration of Order Granting Relief on December 30, 2005 and Debtor's Motion to Vacate Order Denying Debtor's Motion for Reconsideration that was entered March 30, 2006; and,

**IT APPEARING** that there has been service of the Motions and Affidavits, on the Trustee, debtor, and attorneys; and

The Court having reviewed and considered the Motions, together with the opposing papers, if any, and the argument of the parties and counsel, and it appearing that Eastern Savings Bank is entitled to the relief requested;

1

It is **ORDERED, ADJUDGED and DECREED,** that debtors Motion for Reconsideration of Order granting Eastern Savings Bank Relief from the Automatic Stay is denied.

It is **FUTHER ORDERED,** the Relief from the Stay granted January 18, 2006 shall remain in effect but is stayed for so long as Caroline P. Ayres, debtor, makes each and every monthly mortgage payment to Eastern Savings Bank which will include principal, interest and escrow payments, currently in the amount of $2,875.98, by the due date. The next monthly post-petition mortgage payment due, as of the hearing held April 18, 2006, is the May 5, 2006 payment.

It is **FUTHER ORDERED,** that Caroline P. Ayres, debtor, makes each and every monthly cure payment of $5,000.00 beginning May 5, 2006 to Eastern Savings Bank for twenty four (24) consecutive months. Beginning May 5, 2008, debtor will increase the cure payments to $10,000.00 monthly for twelve (12) consecutive months.

It is **FUTHER ORDERED,** that Caroline P. Ayres, debtor, will provide proof of Home Owners Insurance 10 days of the date of this Order, will maintain the policy and provide proof of insurance upon Eastern's request not less then 20 days of receipts of the request.

It is **FUTHER ORDERED,** that in the event the debtor fails to make payments provided in the above paragraphs within five (5) days of any payment being due, movant shall be entitled to schedule Sheriff sale upon the filing of a Certification of Default.

_Judith K. Fitzgerald_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
Clerk of the Court
824 Market Street
Wilmington  DE  19801
(302) 252-2900

Date:   May 23, 2006

To:     Peter Dalleo, Clerk
        U. S. District Court, District of Delaware
        U. S. Courthouse - 844 King Street
        Wilmington  DE  19801

Re:     Caroline P. Ayres
        Case No. 05-20034 JKF
        AP-06-38


Enclosed please find the bankruptcy Record on Appeal  # AP-06-38.

Sincerely,

**David Bird, Clerk**

By:  _/s/ Ken Brown___
        Deputy Clerk

____  Filing fee paid on
_____
__x__  Filing fee not paid


Note: As of 5/23/06, no designations have been filed.

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **05-20034 JKF**
Deputy Clerk Transferring Case: Kenneth Brown 302 252 2900 x 5126
Case Type: Appeal **- AP-06-38**

**Order, Date Entered and Issues**

Order Modifying Motion for Relief From the Automatic Stay Order. (related document(s)76, 65, 10, 28 ) Order Signed on 4/27/2006. (LCN, ) (Entered: 04/28/2006)      [Docket #78]

| | |
|---|---|
| **Debtors:** | Caroline P Ayres |
| **Counsel:** | Pro se |
| | One Gwynedd Lane |
| | Hockessin, DE 19707 |
| **Telephone:** | (302) 981 5021 |

| | |
|---|---|
| **Appellant(s):** | Caroline P Ayres |
| **Counsel:** | Pro se |
| | One Gwynedd Lane |
| | Hockessin, DE 19707 |
| **Telephone:** | (302) 981 5021 |

| | |
|---|---|
| **Appellee:** | Eastern Savings Bank |
| **Counsel:** | John R Weaver, Esq |
| | Farr Burke Gambacorta and Wright |
| | 914 Walnut Street |
| | P O Box 510 |
| | Wilmington, DE 19899 |
| **Telephone:** | (302) 428 1077 |