IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

IN RE: CAROLINE P. AYRES )
)
)
)
Appellant, )
)
v. )
)
EASTERN SAVINGS BANK )
)
)
)
Appellee ) C.A NO.06-00338(SLR)
)
)
)

## APPELLANT'S RESPONSE TO MOTION TO STAY MEDIATION PROCESS AND TO DISMISS APPEAL

COMES NOW the Appellant, Caroline P. Ayres, and moves that Eastern Savings Bank's Motion to Stay Mediation Process and to Dismiss be denied. As grounds, Appellant states the following:

1. Appellant has paid the $255.00 appeal filing fee. ( Exhibit"A")

2. Furthermore, based upon information from the Bankruptcy Clerk's Office, it was Appellant's understanding that no designations were needed for this appeal.

3. As of the date of filing this response, Appellant has/ has substantially complied with all appeal requirements.

4. However, if there are any deficiencies regarding this appeal, Appellant respectfully requests additional time to make up for any deficiencies found, rather than dismiss her appeal.

5. Appellant has/is paying her pre-confirmation fees to the Trustee, making the Trustee's Motion to dismiss moot.

WHEREFORE, Appellant respectfully requests that Eastern Savings Bank's Motion to Stay Mediation Process and to Dismiss Appeal be denied.

Dated: July 3, 2006_____    *Caroline P. Ayres* (signature)
Caroline P. Ayres
1 Gwynedd Lane
Hockessin, DE 19707

**POSTAL MONEY ORDER**

SERIAL NUMBER: 09870259702
YEAR. MONTH. DAY: 2006-07-03
POST OFFICE: 197070
U.S. DOLLARS AND CENTS: $255.00

AMOUNT: TWO HUNDRED FIFTY FIVE DOLLARS & 00¢

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS
SEE REVERSE WARNING

FROM: Carolina Agnes
ADDRESS: 1 Gwynedd Lane, Hockessin, De. 19708

CLERK: [signature]

PAY TO: U.S. District Court
ADDRESS: 8th and King Street, Wilmington De. 19801
C.O.D. NO. OR USED FOR: CA No. 06-00338(SLR)

:00000800 2:  0987 02 59 70 2 11

Exhibit "A"

## CERTIFICATE OF SERVICE

I, Caroline P. Ayres, do hereby certify that I have caused to be mailed copies of the attached Response to Motion to Dismiss Appeal on July 3, 2006 to the following person:

John R. Weaver, Jr., Esquire

831 N. Tatnall Street, Suite 201

Wilmington, DE 19899


Joseph A. Malfitano, Esquire

1000 West Street, 17th Floor

Wilmington, Delaware 19801


Dated: July 3, 2006   _____
　　　　　　　　　　　　Caroline P. Ayres
　　　　　　　　　　　　1 Gwynedd Lane
　　　　　　　　　　　　Hockessin, DE 19707