```
                                              FILED
                                    CLERK U.S. DISTRICT COURT
                                      DISTRICT OF DELAWARE

                                     2006 JUL 21  PM 4: 27
```

IN THE UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLINE P. AYRES | ) |
| | ) |
| Appellant, | ) |
| | ) |
| | ) No. 06-000338 SLR |
| | ) On Appeal from Bankruptcy |
| | ) Case No. 05-20034 |
| | ) |

## MOTION FOR EMERGENCY HEARING

COMES NOW the Appellant, Caroline P. Ayres, and hereby moves, for an emergency hearing regarding her Motion to Stay and for Sanctions. As grounds, Appellant states the following:

1. On or about July 21, 2006, Appellant filed a Motion to Stay Sheriff's Sale and For Sanctions with this Honorable Court.

2. Unless the above-mentioned Motions are heard by this Court before the August 8, 2006 Scheduled Sheriff's Sale ( Exhibit"A") regarding the Property which forms the subject matter of this appeal, Appellant's Appeal would be rendered moot.

3. This Court has "inherent power …to preserve the status quo, where, in its sound discretion, the Court deems the circumstances justify". See Fed.R.Civ. P. 62 ( c).

4. In order to preserve the status quo in the present case, a stay of the Sheriff's sale must be granted, or Appellant will be irreparably harmed by the illegal sale of her property.

5. As additional grounds, Appellant incorporates by reference her Motion to Stay Sheriff's Sale, In The Alternative, To Remand Case Back To Delaware Superior Court; and Debtor's Motion to Vacate, In the Alternative, To Modify the April 28, 2006 Modification of Relief From Stay Order and to Request An Accounting, filed with the U.S. Bankruptcy Court on or about May 11, 2006.

WHEREFORE, Appellant respectfully requests that the Court grant her Motion for an Emergency Hearing.

Dated: July 21, 2006

Caroline P. Ayres
P.O. Box 85
Wilmington, DE 19899

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CAROLINE P. AYRES           )<br>)<br>)<br>)<br>Petitioner,           )<br>)<br>           )     No. 05-2003 (JKF)<br>)<br>)<br>) | |

ORDER

AND NOW, TO WIT, this _____ day of _____, A.D., 2006, the foregoing Motion for An Emergency Hearing having been heard and considered, it is hereby:

ORDERED, that a hearing shall be scheduled for_____, 2006.

_____
Judge

CERTIFICATE OF SERVICE

I, Caroline P. Ayres, Debtor, do hereby certify that I have caused to be mailed copies of the attached Motion for Emergency Hearing regarding Motion to Stay Sheriff's Sale and for Sanctions on July 21, 2006 to the below-mentioned person(s):

John R. Weaver, Jr.
P.O. Box 510
914 Walnut Street
Wilmington, DE 19899

Michael Joseph, Esquire
Chapter 13 Trustee
824 North Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

Dated: July 21, 2006

Caroline P. Ayres
1 Gwynedd Lane
Hockessin, DE 19707

# REAL ESTATE SALES

**HELD**

SECOND TUESDAY OF EVERY MONTH
800 N. FRENCH STREET
10 AM SHARP - OPEN PUBLIC BIDDING - IF YOU INTEND TO BID YOU MUST HAVE A VALID ID (DRIVERS LICENSE) AND BE PREPARED TO PAY REQUIRED AMOUNT IMMEDIATELY FOLLOWING YOUR BID (YOU CANNOT LEAVE THE AUCTION WITHOUT PAYING)
CASH/PERSONAL CHECKS WRITTEN ON OPEN/ESTABLISHED ACCOUNTS ARE ACCEPTED AT SALE WITH VALID ID (NO STARTER CHECKS)

**ATTENTION!!**
THE AUCTION WILL BE HELD AT 10A.M. SHARP IN THE CITY/COUNTY CHAMBERS AT 800 N. FRENCH STREET (NOT A COURT HOUSE)
THE ROOM CAPACITY IS 152 PEOPLE - GET THERE EARLY

**PROPERTIES**

POSTED ON FORECLOSED PROPERTY, PUBLIC BUILDINGS PRIOR TO SALE
ADVERTISED IN THE NEWS JOURNAL NEWSPAPER THE TWO THURSDAYS PRECEDING SALE DATE

COUNTY WEBSITE: WWW.NCCDE.ORG

STARTING WITH THE JANUARY 2006 SALE A $5,000.00 CASHIERS CHECK WILL BE REQUIRED TO PARTICIPATE IN THE SHERIFF'S AUCTION

## RISKS TO BIDDERS

**TAX SALES (VEM)**

ENTIRE BID PRICE (100%) IS DUE ON DATE OF SALE (DURING THE AUCTION)
YOUR BID DOES NOT NECESSARILY WIPE AWAY OTHER DEBTS ON THE PROPERTY.
YOU MUST RESEARCH THE PROPERTY AT THE RECORDER OF DEEDS OFFICE, LOCATED AT 800 N. FRENCH STREET 302-395-7700

**MORTGAGE SALES (LEV FAC) AND JUDGEMENTS (VEND EX)**

10% OF YOUR BID IS DUE THE DAY OF THE SALE (DURING THE AUCTION) WITH THE BALANCE DUE ON THE FIRST MONDAY OF THE MONTH FOLLOWING THE SALE. THE 90% BALANCE OF YOUR BID MUST BE PAID WITH A CASHIERS/CERTIFIED CHECK.
FAILURE TO PAY BALANCE OF BID AS REQUIRED WILL RESULT IN FORFEITURE OF THE 10% DEPOSIT. SALE DEPOSITS ARE NON-REFUNDABLE

YOUR BID DOES NOT NECESSARILY NEGATE OTHER DEBTS ON THE PROPERTY.
YOU MUST RESEARCH THE PROPERTY AT THE RECORDER OF DEEDS OFFICE, LOCATED AT 800 N. FRENCH STREET 302-395-7700

## YOU ARE RESPONSIBLE

ALL SALES CAN BE STOPPED (STAYED) UNTIL 10AM ON SALE DAY. THOSE RECEIVED AFTER 9AM WILL BE ANNOUNCED BY THE AUCTIONEER.

ALL PROPERTIES ARE PURCHASED AS -IS , SIGHT UNSEEN.
YOUR BIDS MAKE YOU RESPONSIBLE FOR POSSIBLE LIENS.

REPRODUCTION OF THIS LIST OUTSIDE OF THE SHERIFF'S OFFICE IS PROHIBITED!!!

TENANTS/OWNERS OF PROPERTIES ARE NOT AUTOMATICALLY EVICTED FROM SHERIFF SALE PROPERTIES.
CONFIRMATION OF SALES OCCURS THE FRIDAY AFTER THE FIRST MONDAY OF MONTH AFTER THE SALE.
PETITION FOR NO ATTEMPT AT REDEMPTION OF A TAX SALE IS FILED BY HIGH BIDDER AFTER EXPIRATION OF THE REDEMPTION PERIOD (60 DAYS FROM CONFIRMATION DATE).

CHANGE OF OWNERSHIP OF THE PROPERTIES DOES NOT OCCUR UNTIL DEED IS RECORDED.

UPDATE YOUR LIST WITH THE CURRENT STAYS BY DIALING:
**(302) 395 - STAY (7829)**

FOR FURTHER INFORMATION PLEASE CALL THE SHERIFF'S OFFICE AT 302-395-8450.

Ex "A"

SHERIFF MICHAEL P. WALSH
SALE DATE: AUGUST 8, 2006

**ALL SHERIFF SALES ARE BUYER BEWARE**
http://www.co.new-castle.de.us/rowoffices/sheriffhome/wepage1.asp

REAL ESTATE (302) 395-8459

| TYPE | ATTORNEY | PLAINTIFF | WRIT | # | DEFENDANT | ADDRESS | CITY | ZIP CODE | PARCEL | ESTIMATED UPSET BID | LIST REF # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MTG. | AULGUR, R. | CHASE MANHATTAN MORTGAGE CORPORATION | 2ND PLRS LEV FAC | 12 | ALLEN, JUNE K AND VINSON B | 222 HILLVIEW AVE | NEW CASTLE | 19720 | 10-010-20-535 | $68,000.00 | 1 |
| JUDG. | PRO SE | RICARDO AND DIANA CARRASQUILLO | VEND EX | 61 | ALLISON, JAMES | 621 NANTICOKE PLACE | BEAR | 19701 | 10-033.10-440 | $7,000.00 | 2 |
| MTG. | BARNETT, T. | EQUICREDIT CORPORATION | LEV FAC | 33 | ALPHONSO, RENE A AND KIMBERLY S. | 2 STEPHANIE DRIVE | BEAR | 19701 | 10-033.10-496 | $100,000.00 | 3 |
| MTG. | WEAVER, J. | EASTERN SAVINGS BANK | 1ST PLRS LEV FAC | 53 | AYRES-FOUNTAIN, CAROLINE P, JEFFREY CRAWFORD AND THE USA | 1 GWYNEDD LANE | HOCKESSIN | 19707 | 08-018.10-140 | $304,000.00 | 4 |
| MTG. | BARNETT, T. | DEUTSCHE BANK NATIONAL TRUST COMPANY | LEV FAC | 26 | BAYLIS, NORMA C AND RUTH L MCCALL | 9 CASTLE HILL DRIVE | NEW CASTLE | 19720 | 10-015.30-169 | $160,000.00 | 5 |
| MTG. | BARNETT, T. | RESIDENTIAL FUNDING CORPORATION | LEV FAC | 70 | BEATTIE, FRANK R AND LOUISE | 108 W SAVANNAH DRIVE | BEAR | 19701 | 11-032.00-114 | $285,000.00 | 6 |
| MTG. | BARNETT, T. | DELAWARE STATE HOUSING AUTHORITY | LEV FAC | 39 | BELLINGER, WANDA M. | 10 KAYAK COURT | NEWARK | 19702 | 11-017.40-125 | $83,000.00 | 7 |
| MTG. | AULGUR, R. | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC | LEV FAC | 51 | BILISKI, CHARLES W AND JOYCE S. | 106 FOX DRIVE | NEWARK | 19713 | 09-029.10-406 | $246,000.00 | 8 |
| MTG. | AULGUR, R. | CHASE HOME FINANCE LLC | LEV FAC | 149 | BOULWARE, KAREN L. | 7 GLENWAY PLACE | WILMINGTON | 19804 | 07-039.30-550 | $81,000.00 | 9 |

TERMS OF SALE:
MORTGAGE AND JUDGMENT: 10% DOWN AT TIME OF SALE.
BALANCE DUE ON OR BEFORE 9/4/06
TAX: FULL PURCHASE PRICE AT TIME SALE

SALE DEPOSITS ARE NON-REFUNDABLE

PAGE 1
CITY/COUNTY BLDG.
800 N. FRENCH ST.

A-1