IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAROLINE P. AYRES, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 06-338-SLR |
| | ) |
| EASTERN SAVINGS BANK, | ) |
| | ) |
| Appellee. | ) |

**O R D E R**

At Wilmington this 25th day of July, 2006, having reviewed appellant's motions for stay and for an emergency hearing;

IT IS ORDERED that the motion for stay of the sheriff's sale currently scheduled for August 8, 2006 (D.I. 5) is granted pending this appeal. The court does not find a need for an emergency hearing at this time and thus said motion (D.I. 6) is denied.

_____
United States District Judge