IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: CAROLINE P. AYRES )<br>)<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>EASTERN SAVINGS BANK )<br>)<br>)<br>Appellee. )<br>)<br>) | C.A. NO. 6-00338(SLR) |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with the Standing Order of the Court dated July 23, 2004 (the "Standing Order"), the undersigned mediator reports that the mediation was completed on July 11, 2006 and resolved in the following manner:

(a) The following individuals were present:

   (1) Parties (name and capacity) -

      Caroline P. Ayres, Appellant

      Eastern Savings Bank, Appellee

   (2) Counsel (name and party representing) –

      Caroline P. Ayres (Pro Se)

      John R. Weaver, Eastern Savings Bank

(b) The following parties failed to appear and/or participate as ordered:

   Counsel for Eastern Savings Bank appeared and participated in the mediation, but did not have actual authority to settle the case as required by paragraph 5(b) of the Standing Order. Given that counsel for Eastern Savings Bank did not have actual authority to settle the case, the mediation session was concluded, and both parties were directed to

provide me with a status report by July 21, 2006. A status report was received from Ms. Ayres, but Eastern Savings Bank failed to submit a report.

(c) The outcome of the mediation conference was:

_____ The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

_____ The matter has been partially resolved and counsel (or parties) have been instruct-ed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved with-in twenty (20) days.
_____ The following issues remain for this court to resolve:

___X___ The matter has not been resolved and should proceed to trial.

_____ OTHER:

Dated: July 26, 2006

_____
Signature of Mediator

Joseph A. Malfitano (No. 4020)
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

cc: Counsel of Record
    Caroline P. Ayres

(9-24-04)