**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CAROLINE P. AYRES, a/k/a : <br> CAROLINE P. AYRES-BROWN a/k/a : <br> CAROLINE P. AYRES-FOUNTAIN : <br>                                  : <br>     Appellant   : <br>                                  : <br> v.                               : <br>                                  : <br> EASTERN SAVINGS BANK,           : <br>                                  : <br>     Appellee.  : | C.A. No. 06-00338 SLR <br><br> On Appeal from the United States Bankruptcy Court for the District of Delaware <br> Bankruptcy Case No. 05-20034 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, Caroline P. Ayres, a/k/a Caroline P. Ayres-Brown a/k/a Caroline P. Ayres-Fountain, ("plaintiff") filed an Appeal seeking a modification of Judge Fitzgerald's April 27, 2006 Order to the United States District Court for the District of Delaware on May 11, 2006.

**WHEREAS**, according to the provisions of the Standing Order of the District Court, the case was assigned to mediation; and,

**WHEREAS**, the parties wish to resolve their differences without further litigation and have entered into a separate Settlement and Release.

**IT IS HEREBY STIPULATED AND AGREED** that the United States District Court Appeal captioned above, be and is hereby dismissed with prejudice by such terms and conditions set forth in the Settlement and Release.

Dated: July 27, 2006        BY: __/s/ Caroline P. Ayres_____
                             CAROLINE P. AYRES a/k/a Caroline P. Ayres-Brown
                             a/k/a CAROLINE P. AYRES-FOUNTAIN
                             1 Gwynedd Lane
                             Hockessin, Delaware
                             Pro Se Debtor


Dated: July 27, 2006        BY: __/s/ John R. Weaver, Jr._____
                             John R. Weaver, Jr., Esquire
                             (DE Bar Id. No. 911)
                             P.O. Box 510
                             914 Walnut Street
                             Wilmington, Delaware 19899
                             Telephone:  (302) 428-1077
                             Facsimile:  (302) 656-8920
                             jrweaverlaw@verizon.net
                             Attorney for Eastern Savings Bank

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CAROLINE P. AYRES, a/k/a : <br> CAROLINE P. AYRES-BROWN a/k/a : <br> CAROLINE P. AYRES-FOUNTAIN : <br>   : <br> Appellant : <br>   : <br> v. : <br>   : <br> EASTERN SAVINGS BANK, : <br>   : <br> Appellee. : | C.A. No. 06-00338 SLR <br><br> On Appeal from the United <br> States Bankruptcy Court for the <br> District of Delaware <br> Bankruptcy Case No. 05-20034 |

**CERTIFICATION OF SERVICE**

I, John R. Weaver, Jr., Esquire, attorney for the movant, do hereby certify that I did on the 1st day of August 2006, electronically filed the Stipulation of Dismissal with Prejudice with the Clerk of Court using CM/ECF, I hereby certify that on August 1, 2006, I have mailed two copies by United States Postal Service, the motion to the following registered participants:

Caroline P. Ayres, pro se
1 Gwynedd Lane
Hockessin, Delaware 19707

Joseph A. Malfitano, Esquire
1000 West Street, 17th Floor
Wilmington, Delaware 19801

I declare under penalty of perjury that the foregoing is correct.

Dated: August 1, 2006       BY: _/s/ John R. Weaver, Jr._____
                                John R. Weaver, Jr., Esquire
                                (DE Bar Id. No. 911)
                                P.O. Box 510
                                914 Walnut Street
                                Wilmington, Delaware 19899
                                Telephone: (302) 428-1077
                                Facsimile: (302) 656-8920
                                jrweaverlaw@verizon.net